| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Jr., Henry C. | Eastern District of Virginia | 08/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Sr. Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
600 Granby Street, Room 307
Norfolk, Virginia 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Regent University, Adjunct Professor | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Real Estate Agent, Rose and Womble Realty - Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Trial Advocacy & University of Virginia Law School | 01/11/2012-01/12/2012 | Charlottesville, Virginia | Educational Seminar | Transportation, Lodging, Food |
| 2. | VA CLE | 12/05/2012 | Alexandria, Virginia | Educational Seminar | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Financial Services Accounts (H) | | | | | | | | | |
| 2. UBS Financial Services - IRA Rollover (H) | E | Int./Div. | N | T | | | | | |
| 3. - Allstate Corp. (Common) | | None | K | T | | | | | |
| 4. - AT&T Inc. (Common) | B | Int./Div. | J | T | | | | | |
| 5. - Bellsouth Corp. (Common) | A | Int./Div. | K | T | | | | | |
| 6. - Diageo Capital PLC (Common) | A | Int./Div. | K | T | | | | | |
| 7. - Home Depot Inc. (Common) | B | Dividend | K | T | | | | | |
| 8. - iRobot Corp. (Common) | | None | K | T | | | | | |
| 9. - Marathon Oil Corp. (Common) | A | Int./Div. | K | T | | | | | |
| 10. - Quest Diagnostics Inc. (Common) | | None | K | T | | | | | |
| 11. - TowneBank Portsmouth VA (Convertible Note) | D | Dividend | K | T | | | | | |
| 12. - Verizon Communications (Common) | A | Int./Div. | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. UBS Financial Services, Roth IRA 1 (H) | G | Int./Div. | O | T | | | | | |
| 15. -TowneBank Portsmouth VA (Common) | E | Int./Div. | L | T | | | | | |
| 16. - TowneBank Portsmouth VA (Common) | | | | | Distributed (part) | 02/29/12 | J | | |
| 17. - TowneBank Portsmouth VA (Common) | | | | | Distributed (part) | 03/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - TowneBank Portsmouth VA (Common) | | | | | Distributed (part) | 03/16/12 | J | | |
| 19. - TowneBank Portsmouth VA (Common) | | | | | Distributed (part) | 03/29/12 | J | | |
| 20. - SPDR S&P Bank ETF (Mutual Fund) | | None | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. UBS Financial Services, Roth IRA 2 (H) | E | Int./Div. | M | T | | | | | |
| 23. - Archer Daniels Midland Co. (Common) | | None | J | T | | | | | |
| 24. - Bank of Nova Scotia Canada (Common) X | A | Int./Div. | J | T | Buy | 09/25/12 | J | | |
| 25. - Bristol Myers Squibb Co. (Common) | A | Int./Div. | K | T | | | | | |
| 26. - CSX Corporation (Common) | | None | | | Sold | 09/25/12 | J | | |
| 27. - Dominion Resources Inc VA (Common) | A | Int./Div. | K | T | | | | | |
| 28. - Metlife Inc. (Common) X | | None | J | T | Buy | 01/23/12 | J | | |
| 29. - Nordic Amern Tankers Ltd (Common) | | None | J | T | | | | | |
| 30. - Pepsico Inc (Common) X | A | Int./Div. | K | T | Buy | 01/04/12 | K | | |
| 31. - Procter & Gamble Co. (Common) | A | Int./Div. | J | T | | | | | |
| 32. - Rare Element Resources Ltd. (Common) | | None | J | T | Buy | 03/05/12 | J | | |
| 33. - Seadrill Ltd US (Common) | | None | J | T | | | | | |
| 34. - TowneBank Portsmouth VA (Common) | E | Int./Div. | L | T | Buy (add'l) | 11/19/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. TowneBank Checking Account | A | Interest | J | W | | | | | |
| 37. | | | | | | | | | |
| 38. TowneBank Securities (Y) | | | | | Closed | 01/04/12 | | | |
| 39. Wells Fargo Company (Y) | | | | | Closed | 01/04/12 | | | |
| 40. Davenport Trust Company Accts. (H) (X) | | | | | Open | 01/04/12 | | | |
| 41. - Annaly Capital (Common) X | A | Int./Div. | J | T | | | | | |
| 42. - Abbott Labs (Common) X | A | Int./Div. | J | T | | | | | |
| 43. - Altria Group (Common) X | A | Int./Div. | J | T | | | | | |
| 44. - American Cap Mtg X | A | Int./Div. | J | T | Sold (part) | 11/29/12 | J | | |
| 45. - American Tower Corp X | | | | | Sold | 11/29/12 | J | A | |
| 46. - Annaly Capital (Common) X | A | Int./Div. | J | T | | | | | |
| 47. - Blackstone Group X | | | J | T | Buy | 05/22/12 | J | | |
| 48. - CarMax (Common) X | | | J | T | Buy | 05/07/12 | J | | |
| 49. - Chevron (Common) X | A | Int./Div. | J | T | | | | | |
| 50. - Columbia Acorn Fund (Mutual Fund) Y | | | | | | | | | |
| 51. - Computerized Thermal Imaging (Common) Y | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ConAgra (Common) | A | Int./Div. | J | T | Buy | 05/10/12 | J | | |
| 53. - Corning (Common) X | A | Int./Div. | J | T | | | | | |
| 54. - CSX Corp (Common) | | None | | | Sold | 09/28/12 | J | | |
| 55. - Darden Restaurants (Common) X | A | Int./Div. | J | T | | | | | |
| 56. - DNP Select Income (Common) X | A | Int./Div. | J | T | Distributed (part) | 09/25/12 | J | | |
| 57. - Dollar Tree Corporation (Common) X | | | J | T | | | | | |
| 58. - Dow Chemical Company X | | None | | | Sold | 07/17/12 | J | | |
| 59. - Federated Invs Pa Cl B X | | None | | | Sold | 11/29/12 | J | | |
| 60. - Ford Motor Company X | | None | | | Sold | 05/03/12 | J | | |
| 61. - General Electric (Common) X | A | Int./Div. | J | T | | | | | |
| 62. - Glaxo Smith Kline (Common) X | | | | | Buy | 02/14/12 | J | | |
| 63. - Health Svcs Group (Common) X | | | | | Buy | 12/03/12 | J | | |
| 64. - Home Depot (Common) X | A | Int./Div. | J | T | | | | | |
| 65. - ISHRS MSCI BRZ FREE | | None | | | Sold | 01/26/12 | J | | |
| 66. - Intel Corp. X | | None | | | Sold | 09/10/12 | J | | |
| 67. - Linn Energy LLC (Limited Partnership) X | A | Int./Div. | J | T | | | | | |
| 68. - Merck & Company (Common) X | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Middleby Corp. (Common) | | | K | T | | | | | |
| 70. - Petrologistics Ltd (Limited Partnership) X | A | Int./Div. | J | T | | | | | |
| 71. - Roche Holding Limited (Common) | A | Int./Div. | K | T | | | | | |
| 72. - Seadrill Ltd (Common) | A | Int./Div. | J | T | | | | | |
| 73. - Spdr Gold Trust Gold (Common) | | | | | Sold | 04/11/12 | K | D | |
| 74. - TowneBank Portsmouth (Common) | B | Int./Div. | L | T | | | | | |
| 75. - TowneBank Portsmouth (Common) | | | | | Buy (add'l) | 05/02/12 | J | | |
| 76. - TowneBank Portsmouth (Common) | E | Distribution | | | Sold (part) | 08/24/12 | J | B | |
| 77. - US Nat Gas X | | | | | Sold | 09/07/12 | J | | |
| 78. - Vodafone Grp PLC X | | | | | Sold | 11/29/12 | J | | |
| 79. - Wells Fargo & Co | | | | | Sold | 06/19/12 | J | | |
| 80. | | | | | | | | | |
| 81. Raymond James Financial Services (H) | | | | | | | | | |
| 82. - Nuveen Limited Term Term Municpal Bond | | | | | Sold | 04/12/12 | K | E | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 08/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 6, Lines 37 & 38 - Wells Fargo Acoount and TowneBank Securities Account were closed and a new account opened with Davenport Trust Company in January 2012. All assets for each were transferred to Davenport.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry C. Morgan, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544